1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11  ELMER A. HERNANDEZ,              )  NO. CV 08-07271 DDP (SS)
                                     )
12              Petitioner,          )  **ORDER ADOPTING FINDINGS,**
                                     )
13        v.                         )  **CONCLUSIONS AND RECOMMENDATIONS**
                                     )
14  B. CURRY, Warden,                )  **OF UNITED STATES MAGISTRATE JUDGE**
                                     )
15              Respondent.          )
    _____)
16

17      Pursuant to 28 U.S.C. § 636, the Court has reviewed the First
18  Amended Petition, all of the records and files herein, and the
19  Magistrate Judge's Report and Recommendation.  The time for filing
20  Objections to the Report and Recommendation has passed and no Objections
21  have been received.  Accordingly, the Court accepts and adopts the
22  findings, conclusions, and recommendations of the Magistrate Judge.
23  \\
24  \\
25  \\
26  \\
27  \\
28  \\

IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner.

DATED: August 19, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE