**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELMER A. HERNANDEZ,               ) | NO. CV 08-07271 DDP (SS) |
|                             ) | |
|          Petitioner,        ) | **JUDGMENT** |
|                             ) | |
|     v.                      ) | |
|                             ) | |
| B. CURRY, Warden,           ) | |
|                             ) | |
|          Respondent.        ) | |

   Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 19, 2009

                                        /s/ Dean D. Pregerson
                                        _____
                                        DEAN D. PREGERSON
                                        UNITED STATES DISTRICT JUDGE